**FILED**

03/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0369

IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CAUSE NO. 20-0369

| | |
|---|---|
| GORDON WILLIAMS, GALE MADLER, TIMOTHY RUSSELL, JOYCE KELLEY, and SAM BLAYLOCK, *Plaintiffs/Appellants,* vs. STILLWATER BOARD OF COUNTY COMMISSIONERS, *Defendant/Appellee* | DA 20-0369 **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

Pursuant to Appellate Rule 26 (1), Plaintiffs/Appellants filed an unopposed Motion to extend the deadline for their Reply Brief. Pursuant to the Motion, and for good cause being shown,

IT IS HEREBY ORDERED that Plaintiffs/Appellants Reply Brief is now due April 14, 2021. No further extensions will be granted.

DATED AND ELECTRONICALLY SIGNED BELOW

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 24 2021